| *Attorney or Party without Attorney:*<br>Spehncer Sheehan, Esq.<br>Sheehan & Associates, P.C.<br>505 Northern Blvd, Suite 311<br>Great Neck, NY 11021<br>*Telephone No:* 516-303-0552 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Eastern District Of New York | | |
| *Plaintiff:* Dakota Campbell-Clark, et al.<br>*Defendant:* Blue Diamond Growers | | |

| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>118CV05577WFKRER |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet.

3. a. Party served:            Blue Diamond Growers
   b. Person served:           Dean Lavalle, Agent for Service

4. Address where the party was served:    1802 C Street
                                           Sacramento, CA 95811

5. I served the party:
   b. **by substituted service.** On: Thu., Dec. 27, 2018 at: 2:45PM by leaving the copies with or in the presence of:
   Amy Allison, Person in charge, White, Female, 35 Years Old, Brown Hair, 5 Feet 5 Inches, 130 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the party served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Thu., Dec. 27, 2018 from: Sacramento, CA

7. *Person Who Served Papers:*                                          *Fee for Service:*
   a. John M. Adams



**1500 W. El Camino Avenue, #510**
**Sacramento, CA 95833**
**855-5VALPRO, Fax (866) 900-4665**
**www.ValproAttorneyServices.com**

Valpro
ATTORNEY SERVICES

8. *I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.*

                                        AFFIDAVIT OF SERVICE                    (John M. Adams)        *shasso.19638*