UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DAKOTA CAMPBELL-CLARK, *individually and on
behalf of all others similarly situated,*

                Plaintiff,                              JUDGMENT
                                                                18-CV-5577 (WFK) (LB)

     v.

BLUE DIAMOND GROWERS,

                Defendant.
------------------------------------------------------------ X

      A Decision and Order of Honorable William F. Kuntz II, United States District Judge, having been filed on December 17, 2019, granting Defendant's motion to dismiss in its entirety; and dismissing the Amended Complaint; it is

      ORDERED and ADJUDGED that Defendant's motion to dismiss is granted in its entirety; and that the Amended Complaint is dismissed.

Dated: Brooklyn, NY                                                 Douglas C. Palmer
       December 18, 2019                                      Clerk of Court

                                                         By:    /s/*Jalitza Poveda*
                                                                     Deputy Clerk